# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3619
LT Case No. 2014-CFDB-303621

_____

MESHAC M. ABENTEGO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Meshac Abentego, Chipley, pro se.

No Appearance for Appellee.

February 6, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, JAY and MACIVER, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---